PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
for the
Southern District Of Illinois
Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Linda Connor                                Docket No. 0754 3:09CR30020-001

Name of Sentencing Judicial Officer:  Honorable David R. Herndon,         Register Number: 07148-025
U.S. District Judge

Date of Original Sentence:  September 11, 2009

Original Offense:   Ct. 1: Filing a False Tax Return; and
Ct. 2: Misapplication of Federal Funds Under Control of Local Government

Original Sentence:  Ct. 1: 36 months Bureau of Prisons, followed by a one-year term of Supervised Release.

Ct. 2: 36 months Bureau of Prisons, followed by a three-year term of Supervised Release. (Concurrent)

Type of Supervision: Supervised Release            Date Supervision Commenced:  May 25, 2012

Custody Status:   Offender is not in custody and continues on supervision

Assistant U.S. Attorney:  Norman R. Smith            Defense Attorney:  Justin A. Kuehn

## PETITIONING THE COURT

[ X ]   To issue a **SUMMONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory | The defendant shall not commit another federal, state or local crime. |
| | On or about July 6, 2012; September 3, 2012; November 4, 2012; March 4, 2013; April 8, 2013; May 6, 2013; June 9, 2013; July 8, 2013; October 3, 2013; November 7, 2013; December 5, 2013; January 6, 2014; February 7, 2014; March 10, 2014; April 8, 2014; May 9, 2014; June 10, 2014; July 7, 2014; August 8, 2014; September 3, 2014; October 8, 2014; November 4, 2014; December 14, 2014; January 13, 2015; February 3, 2015; and March 10, 2015, the offender committed the offense of False Statements |
| | On or about July 8, 2013, the offender committed the offenses of Theft of Government Funds and False Statements. |
| | On or about July 15, 2013; August 17, 2013; and February 4, 2015, the offender committed the offense of Theft by Deception. |

Offender Name:  Linda  Connor
Docket Number:  0754 3:09CR30020-001

| | |
|---|---|
| Standard #2 | The defendant shall report to the probation officer and submit a truthful and complete written report within the first ten days of each month. |
| | The offender failed to submit a written report for the month of August 2013. |
| | The offender failed to submit a written report within the first ten days of the month for the month of December 2014. |
| Standard #3 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | On February 27, 2015, the offender admitted to providing false information to this officer on February 20, 2015. |
| Special | The defendant shall not incur new credit charges or open additional lines of credit without the prior approval of the probation officer. |
| | In June 2013; July 2013; August 2013; September 2013; November 2013; January 2014; May 2014; July 2014; August 2014; September 2014; November 2014; December 2014; and January 2015 the offender incurred new credit charges without the approval of the probation office. |
| | On June 17, 2013; July 8, 2013; July 17, 2013; August 19, 2013; August 28, 2013; September 8, 2014; September 24, 2013; November 18, 2013 January 27, 2014; May 10, 2014; September 10, 2014; February 4, 2015 the offender established new lines of credit without the permission from the probation office. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒   revoked
☐   extended for * years, for a total term of * years.
☐   The conditions of supervision should be modified as follows:
☐   Other

Offender Name:  Linda  Connor
Docket Number:  0754 3:09CR30020-001

I declare under penalty of perjury that the forgoing is true and correct.

by *[signature: Anthony P. Wheatley]*

Anthony P. Wheatley
Senior U.S. Probation Officer

Date:  May 1, 2015

This document has been reviewed and approved.

by *[signature: Jay Wheeler]*

Jay Wheeler
Senior U.S. Probation Officer

Date:  May 1, 2015

---

THE COURT ORDERS:

- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☐ The Issuance of a Warrant
- ☒ The Issuance of a Summons
- ☐ Other

*[signature: David R. Herndon]*

Digitally signed by David R. Herndon
Date: 2015.05.03 13:19:46 -05'00'

Honorable David R. Herndon,
U.S. District Judge