UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| USA<br>*Plaintiff(s)*<br><br>v.<br><br>Linda Connor<br>*Defendant(s)* | Case Number: 09-cr-30020-DRH-1 |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | | | |
|---|---|---|---|
| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL  62201 | Courtroom No.: | 2nd Floor, Courtroom 4 |
| Before: | Judge Donald G. Wilkerson | Date and Time: | 05/15/2015 at 10:00 a.m. |

This offense is briefly described as follows:

Supervised Release Violation

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 650 Missouri Ave., East St. Louis, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date: May 4, 2015

*Issuing officer's signature*

JUSTINE FLANAGAN, Acting Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*