IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. **3:09-CR-30020-DRH-1** |
| | ) |
| **LINDA CONNOR**, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Defendant Linda Connor, is before the Court pursuant to a petition to revoke his supervised release authorized by Chief United States District Judge David R. Herndon. Federal Rule of Criminal Procedure 32.1 provides for an initial appearance and preliminary hearing prior to the revocation hearing. Rule 32.1(a)(6) permits release or detention pursuant to 18 U.S.C. § 3143(a) pending those proceedings.

The Defendant bears the burden of establishing that he or she will not flee or pose a danger to any other person or the community. **Fed.R.Crim.P. 32.1(a)(6).** 18 U.S.C. § 3143 (a)(2)(A) and (B), in applicable part, provide for detention unless: an attorney for the Government recommends that no sentence of imprisonment be imposed on the person; and the Court finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person or the community. **18 U.S.C. §§ 3143(a)(2)(A)(ii) and (B).** Defendant has been released on bond.

The Government has moved for the revocation of Defendant's supervised release, and the Government has made it clear that it will be asking the District Court to imprison the Defendant in accordance with 18 U.S.C. § 3583. The Defendant executed a written waiver of her right to a preliminary hearing to establish probable cause. In light of the information set forth in the

1

petition for a warrant and the evidence at the hearing, the Court finds probable cause to believe that Defendant committed the acts alleged and that each of those acts was a violation of the terms of his supervised release. The Government alleges, and the Defendant does not dispute, that Defendant: committed the offenses of theft of government funds and false statements throughout 2012 to 2015; that the committed the offense of theft by deception, that she failed to make written reports, that she provided false information to her probation officer, that she incurred or established new lines of credit – all in violation of mandatory, standard, or special conditions of her supervised release.

**IT IS THEREFORE ORDERED** that there is probable cause to believe that Linda Connor violated the terms of his supervised release.

**IT IS SO ORDERED.**

**DATED: May 15, 2015**

                                       **DONALD G. WILKERSON**
                                       **United States Magistrate Judge**